**Exhibit A to the Complaint**

**Location:** Union, NJ  
**Total Works Infringed:** 27

**IP Address:** 108.53.113.192  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: C72A57DB09EE073AA8591616D40DF785213BAAF3<br>File Hash:<br>F9597531B6619EA952B89C5A9E773E589103E0385662E4D87581095A29A02569 | 10/21/2024 18:52:36 | Blacked Raw | 08/28/2023 | 09/17/2023 | PA0002430912 |
| 2 | Info Hash: 4EA33E594317CF64B3B0EB1A32973A4EC95588C7<br>File Hash:<br>C0B7C46BCAEC0C4928E1C35F04B043F791429C95A88A98E0D05125B4F529FD07 | 10/21/2024 18:35:10 | Tushy | 12/10/2023 | 01/16/2024 | PA0002449506 |
| 3 | Info Hash: A0209898C399310F54F1FFDF9860CDF461ED97D3<br>File Hash:<br>AC25E51E3088FE4BC47E9D01BB5726A2691F6E8694211602C5BE4A49BFD5BE29 | 10/06/2024 20:50:10 | Vixen | 12/29/2023 | 01/16/2024 | PA0002449515 |
| 4 | Info Hash: E0B3526E7EF73AEDCA8BBBAE7A099336348F0BBC<br>File Hash:<br>13A3CF30A43D6D2D8EF5C326C8672451ABB07AAFBA0D4CD28F3989262A8A8C37 | 10/06/2024 20:46:41 | Vixen | 03/01/2024 | 03/13/2024 | PA0002459594 |
| 5 | Info Hash: 4CBA6D09FB3B9431CAA0141C0CE8828C804FCE4D<br>File Hash:<br>8373198303175509352471AFB03340655A8386705FBF30B3B7CF4B887826B51D | 10/06/2024 20:29:56 | Vixen | 08/16/2024 | 09/18/2024 | PA0002490433 |
| 6 | Info Hash: ADB3846D4885A9A43E937B38ED620DD63568D713<br>File Hash:<br>C137C1EF880FFCEFC106615B3F68D2EE315D9E3B409A7CCB587654F8899E6101 | 10/06/2024 20:29:52 | Vixen | 05/10/2024 | 06/18/2024 | PA0002476920 |
| 7 | Info Hash: 268E8311F0B80DF440C28AB543563AF8F64C2751<br>File Hash:<br>0D64AE3A9535C2A245E68847695AE152CC13862A38838D8960292C2450E65534 | 10/06/2024 20:27:35 | Vixen | 07/12/2024 | 08/15/2024 | PA0002484858 |
| 8 | Info Hash: D22F5B43FA07AC102DE017CEA66FB58E9782BF57<br>File Hash:<br>D63A75D48FF5031F48A783EF3224C7571AEA9FF4EF069DCDBD494E6DB8152DC3 | 10/06/2024 20:26:43 | Vixen | 09/13/2024 | 10/16/2024 | PA0002494756 |
| 9 | Info Hash: A807E662AEF8EE0F308D13A2315F22C1E4A59487<br>File Hash:<br>E46043D3EDBA9DDF2A3D2FCBF60401118698D9C06D6C5DC54CC8209E2EC77648 | 10/06/2024 20:24:16 | Vixen | 10/04/2024 | 10/16/2024 | PA0002494721 |
| 10 | Info Hash: 51AD718F76B85A4B2729A8C2477FFB156364454C<br>File Hash:<br>63E89CBB06718E1E224A380CD0F5531510338A66E416D3055FB52440016622E6 | 09/29/2024 00:51:55 | Vixen | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 11 | Info Hash: 47A4246AC0ECA10DFA570ED1C3558A2C03F09446<br>File Hash:<br>2D857BAFBC5394E769A0FF23E316D2E78B444B44CFE6FB687E1404AD6F5245FA | 09/29/2024 00:51:30 | Vixen | 09/11/2018 | 10/16/2018 | PA0002127780 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 27E4DD8D42171C0AAB831058840F10E83EDC7AFD<br>File Hash: 8884B792ACF326192D6E2488299982EC9AF0E58EC725E9871EAA7643B5D1733D | 09/29/2024 00:45:57 | Vixen | 10/26/2018 | 12/10/2018 | PA0002145824 |
| 13 | Info Hash: CC3700F98B08B30C8BDAA9B5C69A30DEEE9E904A<br>File Hash: 2297CCF49B1FA7E5BA18A70925F463F3E1FD2EC8846151916A53AEDC7E370E43 | 09/29/2024 00:39:43 | Blacked Raw | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 14 | Info Hash: 788413EBDB9AED211A6192777361CB41E196CD02<br>File Hash: D28672FFCFC4FA08487609F50234AEB95422B634D905303C9006F78EEC66D20C | 09/18/2024 00:03:29 | Blacked Raw | 09/02/2024 | 09/17/2024 | PA0002490348 |
| 15 | Info Hash: 18E960DB24B2DCE1FA338084A146C0AAAB42CA8A<br>File Hash: AFD480AC915CFE1539201288FF81D85439DEEB5F5CFA5EFCE6BD8B4A5B43E69B | 09/18/2024 00:02:52 | Blacked Raw | 09/09/2024 | 09/17/2024 | PA0002490318 |
| 16 | Info Hash: F65A00BC82F7F3DC5795D75972A51F4E2A24DE6B<br>File Hash: 6AB48D72D9F2AF446283F5462E4E1C7F4A8A681D9893395FA166E58F4BE9BD3F | 09/02/2024 05:56:55 | Vixen | 07/26/2024 | 08/15/2024 | PA0002484850 |
| 17 | Info Hash: 7FCFA61F65AEF9F1B286BA70BC5A3CD6CA0350C4<br>File Hash: 92AD7CB7831F72E2DDAFBE447BA22DE072E0A1B15F5CB8364F277183805AD4B2 | 09/02/2024 05:53:31 | Blacked | 01/27/2024 | 02/27/2024 | PA0002457000 |
| 18 | Info Hash: F8157CF5CA785B4BA9F846A21FF389CEB553ADAB<br>File Hash: BB3299D5B2A047E89F8712842A2BE860F3F53A4207468621E425791C7D3F8ED1 | 09/02/2024 05:53:09 | Slayed | 04/16/2024 | 06/25/2024 | PA0002477556 |
| 19 | Info Hash: 7BD91C90FDE3DDD6ADF6419BF538443B9F25E870<br>File Hash: F56D1D5EDC09F0A229AB95E5D623DD0A96DEC334444598FA87550ED45E0A009B | 09/02/2024 05:52:49 | Slayed | 12/12/2023 | 01/16/2024 | PA0002453479 |
| 20 | Info Hash: 77747472C270393EF27B0CABB44B2A9DC0009C6F<br>File Hash: 72A703C96DB8E57555393F4DEB03963102E2F5D03897B1C842BA33B01E356A90 | 09/02/2024 05:50:49 | Blacked Raw | 11/09/2020 | 12/09/2020 | PA0002274940 |
| 21 | Info Hash: E888DEAEB5AB67CAD9A5AEC75A20D68D791A07DD<br>File Hash: 7F48A330D910A9D28E5BFD6C8780A612925328C12C9146D72655337D0EE16373 | 09/02/2024 05:47:54 | Blacked Raw | 04/08/2024 | 04/11/2024 | PA0002464923 |
| 22 | Info Hash: 978F0FA230C51ABFEDE1E8D6B8265DAEDCB98E69<br>File Hash: 059970E4895537C34C6751526A503ADB4705976C9400EA07DFC3F54A13CA1600 | 07/07/2024 23:49:52 | Vixen | 03/22/2024 | 04/12/2024 | PA0002465371 |
| 23 | Info Hash: D6B926DA8DDDB66C81CF7FB91ABEDA7302A0FE61<br>File Hash: AB1C58143C81005A80C896D26C9C17C91695EEC92A4EDF039921275EB74A2267 | 07/07/2024 23:49:04 | Vixen | 01/05/2024 | 01/16/2024 | PA0002449513 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 73B4FBDFD668BF0748264C999E2E5222F7D71E85<br>File Hash:<br>AD251C1E0CBE1A05577BF172BBC87E119A71E22203183979D35610C96A1139BB | 07/07/2024 23:48:37 | Vixen | 02/09/2024 | 03/13/2024 | PA0002459341 |
| 25 | Info Hash: F4F6DD0F2EEECD4492944601A8480C2DE4769CFE<br>File Hash:<br>C6300629768CC2AE52D5D7E19AB8084CC9946230689E77B2E6525662C5C39CFB | 07/07/2024 23:45:48 | Vixen | 06/21/2024 | 07/16/2024 | PA0002480627 |
| 26 | Info Hash: E8EB83682A2C5FC74A2F6E8DAC806B3D69F8DC34<br>File Hash:<br>E9CAFE0140A321AE67FFA83383002B5F370C505ED08270147DB5E89D1EE4C1AF | 07/07/2024 23:43:18 | Vixen | 06/28/2024 | 07/16/2024 | PA0002480629 |
| 27 | Info Hash: 176F739D361EB0143F27B5E300EC1F65D44EC110<br>File Hash:<br>9ED0A3925335643A674939081B352663815803460FC68D5437B2756585D5B8C5 | 07/07/2024 23:42:14 | Vixen | 07/05/2024 | 07/16/2024 | PA0002480633 |