**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By: John C. Atkin, Esq.
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel.: (973) 314-8010 / Fax: (833) 693-1201
JAtkin@atkinfirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE subscriber assigned IP address 108.53.113.192,<br><br>　　　　　　Defendant. | Civil Case No. 2:24-cv-10059-MCA-JRA<br><br>**NOTICE OF MOTION FOR LEAVE TO SERVE A THIRD PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE** |

**TO:  ALL COUNSEL OF RECORD IN THE ABOVE CAPTIONED MATTER**

　　**PLEASE TAKE NOTICE** that on December 2, 2024, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiff Strike 3 Holdings, LLC ("Plaintiff") will appear before the Honorable Jose R. Almonte, U.S.M.J., of the United States District Court for the District of New Jersey, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street,

Newark, NJ 07101, to move this Court pursuant to Federal Rule of Civil Procedure 26 for an Order granting Plaintiff leave to serve a third party subpoena on Defendant's internet service provider prior to the Rule 26(f) conference.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Plaintiff will rely upon the accompanying Brief and Declarations of Jorge Arco, Patrick Paige, and Susan B. Stalzer, submitted herewith; any reply papers in support of this Motion; and oral argument, if any.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Civil Rule 7.1(e), a proposed form of order is also submitted herewith for the Court's consideration.

DATED: 11/05/2024                    Respectfully submitted,

                                          **THE ATKIN FIRM, LLC**

                                        *Attorneys for Plaintiff,*
                                        *Strike 3 Holdings, LLC*

                                        By:   */s/ John C. Atkin, Esq.*
                                                    JOHN C. ATKIN