# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>WENTAO HE,<br><br>    Defendants. | Civil Action No.<br><br>24-cv-10059 (MCA) (JRA)<br><br>**FIRST AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of the parties' joint letter dated January 20, 2026 (ECF NO. 28), and the parties noting that discovery remains ongoing, and for good cause shown,

**IT IS, on this 21st day of January 2026, ORDERED** that:

1. Fact discovery is extended through **April 21, 2026**. No fact discovery shall be issued or engaged in beyond that date, except upon application to this Court and for good cause shown.

2. Discovery disputes (other than those arising during depositions) shall be brought to the Court's attention no later than **March 23, 2026**. The Court will not consider any discovery dispute (other than those arising during depositions) brought to its attention after this date.

3. All affirmative expert reports shall be delivered by **May 21, 2026**. Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

4. All responding expert reports shall be delivered by **June 22, 2026**. Any such report shall comport with the form and content requirements referenced above.

5. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **July 22, 2026**.

_____
HON. JOSÉ R. ALMONTE
UNITED STATES MAGISTRATE JUDGE